**Order filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00081-CV

_____

### SUSANA V. IZAGUIRRE, Appellant

### V.

### ROBERTO S. RIVERA, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2010-30420A**

# O R D E R

This is an appeal from a judgment signed October 13, 2011. Appellant filed a timely motion for new trial. The notice of appeal was due January 11, 2012. *See* Tex. R. App. P. 26.1. Appellant, however, filed her notice of appeal on January 20, 2012, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See*

*Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal **within ten days** of the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM

2